**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VONNIE ROSS EDWARDS, ) | CASE NO. CV 12-2700 FMO (RZ) |
| Petitioner, ) | |
| ) | JUDGMENT |
| vs. ) | |
| KAMALA HARRIS, ) | |
| Respondent. ) | |

This matter came before the Court on the Third Amended Petition ("Petition") of VONNIE ROSS EDWARDS, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: September 8, 2014

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE